### BOOTH v. STATE.

No. 23998.

Court of Criminal Appeals of Texas.

April 7, 1948.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense of selling

whisky in a dry area. The jury found him guilty as charged and assessed his punishment by fine of $250.

The record before us contains no statement of facts or bills of exception. The proceedings are regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.